# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

RONNIE J. NIXON                                                                                                 PLAINTIFF

v.                                       3:19-cv-00383-DPM-JJV

KEVIN MOLDER, *et al*.                                                          DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to Chief United States Judge D. Price Marshall Jr. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.     Why the record made before the Magistrate Judge is inadequate.

2.     Why the evidence proffered at the hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3. The details of any testimony desired to be introduced at the new hearing in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing. Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## **DISPOSITION**

Ronnie J. Nixon ("Plaintiff") was incarcerated at the Poinsett County Detention Center at the time he filed this action *pro se* pursuant to 42 U.S.C. § 1983. (Doc. No. 2.) Plaintiff sued multiple Poinsett County Detention Center officials in connection with conditions at the Detention Center. (*Id*. at 1-2, 4.)

On January 2, 2020, I denied Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* based on his litigation history. (Doc. No. 3.) As I noted in the January 2 Order, Plaintiff does not allege that he is in imminent danger of the serious physical harm contemplated by 28 U.S.C. § 1915(g), and his Complaint does not otherwise imply or indicate that he is in imminent danger of serious physical harm. (*Id*. at 2.) Because I determined Plaintiff was not in imminent danger, I directed him to pay the $400.00 filing and administrative fee within fourteen days if he wished to proceed with this lawsuit. (*Id*.) Then on January 15, 2020, I granted Plaintiff's request for an extension of time in which to pay the filing fee through February 14, 2020. (Doc. No. 7.)

February 14 has passed and Plaintiff has not paid the filing fee or otherwise responded to my January 15 Order. Further, mail from the Court to Plaintiff at his address of record has been returned with the note "released" on the envelope. (Doc. No. 9.) I find nothing in Plaintiff's filings

indicates he is in imminent danger of serious physical harm. Accordingly, I recommend that this action be dismissed without prejudice.

    IT IS, THEREFORE, RECOMMENDED that:

    1.    Plaintiff's Complaint (Doc. No. 2) be DISMISSED without prejudice.

    2.    The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations and the accompanying Judgment would not be taken in good faith.

    DATED this 19th day of February 2020.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE