# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

RONNIE J NIXON                                                    PLAINTIFF

v.                           No. 3:19-cv-383-DPM

KEVIN MOLDER, Sheriff, Poinsett County;
STEVE ROARKS, Administrator, Poinsett
County Sheriff's Office; DOYLE RAMIE,
Sergeant, Poinsett County Sheriff's Office;
and PATRICA MARSHALL, Captain, Poinsett
County Sheriff's Office                                           DEFENDANTS

## ORDER

Nixon hasn't paid the filing fee or responded to the pending recommendation; instead his mail is still being returned undelivered. *Doc. 11.* The Court adopts Magistrate Judge Volpe's unopposed recommendation, *Doc. 10.* FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Nixon's complaint will be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 March 2020