# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

RONNIE J NIXON                                               PLAINTIFF

v.                    No. 3:19-cv-383-DPM

KEVIN MOLDER, Sheriff, Poinsett County;
STEVE ROARKS, Administrator, Poinsett
County Sheriff's Office; DOYLE RAMIE,
Sergeant, Poinsett County Sheriff's Office;
and PATRICA MARSHALL, Captain, Poinsett
County Sheriff's Office                                      DEFENDANTS

## JUDGMENT

Nixon's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

13 March 2020